B5 (Official Form 5) (12/07)                   FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Massachusetts | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>N2N Commerce, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Everest Commerce, Inc. |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>c/o Finn, Warnke & Gayton<br>167 Worcester Street, Suite 201<br>Wellesley Hills, MA 02481 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Norfolk | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts (Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor (Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __N2N Commerce, Inc.__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

NaviSite, Inc.                          6/22/09
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jim Pluntze
400 Minuteman Road
Andover, MA 01810

X _[signature]_  6/22/09
Signature of Attorney               Date

Mark T. Power
Name of Attorney Firm (If any)
Hahn & Hessen LLP
488 Madison Ave., 15th Flr
New York, NY 10022
Address
Telephone No. 212 478 7200

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| NaviSite, Inc.<br>Mr. Jim Pluntze<br>400 Minuteman Road<br>Andover, MA 01810 | Breach of contract | 1,970,632.24 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 1,970,632.24

_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor  N2N Commerce, Inc.

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ [signature]  CFO
Signature of Petitioner or Representative (State title)

Optaros                         5/27/09
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
John Rogers
Attn: Legal Dept.
10 Milk Street
Boston, MA 02108

X /s/ [signature]
Signature of Attorney                          Date

D. Ethan Jeffery
Name of Attorney Firm (If any)

Hanify & King, P.C.
One Beacon Street, 21st Flr
Boston, MA 02108
Address

Telephone No.  617 423 0400

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Optaros<br>Attn: Legal Dept.<br>10 Milk Street<br>Boston, MA 02108 | Services performed | 4,510,433.98 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
4,510,433.98

_____ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor: N2N Commerce, Inc.
Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ , Senior Director
Signature of Petitioner or Representative (State title)

Name of Petitioner: TIBCO Software Inc.
Date Signed: 5/29/09

Name & Mailing Address of Individual Signing in Representative Capacity:
Joseph Kijewski
Office of General Counsel
TIBCO Software Inc.
3303 Hillview Avenue
Palo Alto, CA 94304

X _[signature]_ 5/29/09
Signature of Attorney / Date

Joseph Kijewski
Name of Attorney Firm (If any): Office of General Counsel
TIBCO Software Inc.
3303 Hillview Avenue
Palo Alto, CA 94304
Address
Telephone No. 571 212 2909

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____ Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____ Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| TIBCO Software Inc. Joseph Kijewski 3303 Hillview Avenue Palo Alto, CA 94304 | Services rendered | 362,890.01 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 362,890.01

____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) |
| | ) |
| N2N COMMERCE, INC., | ) Chapter 7 |
| | ) Case No. 09-_____ |
| Debtor | ) |

## DECLARATION RE: ELECTRONIC FILING

PART I - DECLARATION OF PETITIONER

    I, Jim Pluntze, *hereby declare under penalty of perjury* that all of the information contained in the *Chapter 7 Involuntary Petition* (the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   May __, 2009            Signed: _____
                                          Jim Pluntze

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>N2N COMMERCE, INC.,<br><br>               Debtor | Chapter 7<br>Case No. 09-_____ |

## DECLARATION RE: ELECTRONIC FILING

PART I - DECLARATION OF PETITIONER

    I, John Rogers, **hereby declare under penalty of perjury** that all of the information contained in the *Chapter 7 Involuntary Petition* (the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:    May 27 2009                    Signed: _____
                                                 John Rogers

530456

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **In re:** <br><br> **N2N COMMERCE, INC.,** <br><br> **Debtor** | **Chapter 7** <br> **Case No. 09-_____** |

## DECLARATION RE: ELECTRONIC FILING

PART I - DECLARATION OF PETITIONER

I, Joseph Kijewski, *hereby declare under penalty of perjury* that all of the information contained in the *Chapter 7 Involuntary Petition* (the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: May 2?, 2009          Signed: _____
                                      Joseph Kijewski